Case 2:07-cv-00295-PM-KK   Document 61   Filed 01/02/08   Page 1 of 1 PageID #: 938



RECEIVED
IN LAKE CHARLES, LA

JAN - 2 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **GRAND ACADIAN, INC.** | : | **DOCKET NO. 2:07-cv-295** |
| **VS.** | : | **JUDGE MINALDI** |
| **FLUOR CORPORATION, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the Motion to Remand be DENIED, that the Motion to Strike be DENIED as moot, and that the Motion for Oral Argument be DENIED as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this __2__ day of __Jan__, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE