RECEIVED
IN LAKE CHARLES, LA

APR - 9 2008

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GRAND ACADIAN, INC. | : | DOCKET NO. 2:07 CV 295 |
| VS. | : | JUDGE MINALDI |
| FLUOR CORPORATION, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

Before the Court is a Motion for Summary Judgment, filed by third-party defendant Gray Insurance Company (hereinafter "Gray") [doc. 144]. Gray seeks a summary judgment ruling that it has no duty to defend or indemnify third-party plaintiff Fluor Enterprises, Inc. (hereinafter "Fluor") against the underlying claims in this case made by the plaintiff Grand Acadian. For the reasons stated in the accompanying Memorandum Ruling,

IT IS ORDERED that the Motion for Summary Judgment, [doc. 144], filed by Gray Insurance Company, is hereby DENIED.

Lake Charles, Louisiana, this ___9___ day of ___April___, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE